| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Megan Danielle Worzel, aka Megan D. Worzel, aka Megan Worzel, | Chapter | 13 |
| --- | --- | --- |
| **Debtor 1** | Case No. | 5:22–bk–00921–MJC |

## Notice

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on May 17, 2022.

The debtor(s) filed a Motion to Extend the Automatic Stay in this case. A hearing on this matter has been scheduled for:

| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes–Barre, PA 18701** | **Date: 6/14/22** |
| --- | --- |
| | **Time: 10:00 AM** |

Any objection/response to the Motion must be filed and served on the debtor(s) on or before **June 12, 2022**.

If an objection/response is not filed by the objecting deadline and the debtor(s) (has/have) filed an Affidavit setting forth sufficient facts to support the motion and satisfy §362(c)(3) or (c)(4), the Court may grant the motion without conducting a hearing.

If no Affidavit is filed prior to the objecting deadline, or if the Affidavit filed is insufficient to satisfy the terms of 11 U.S.C. §362(c)(3) or (c)(4), or if any objections are filed within the prescribed objecting deadline, a hearing on this matter will be held.

**Consideration of a request to extend/impose the automatic stay must be accomplished within thirty (30) days of the bankruptcy petition filing date. It is the debtor(s)'s responsibility to request expedited consideration of a motion to extend when required.**

Initial requests for a continuance of hearing (*L.B.F. 9013–4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074–1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes–Barre, PA 18701 (570) 831–2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: LyndseyPrice, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 23, 2022 |

**asextnd (Notice of Hearing to Extend/Impose Stay) (05/18)**